IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALPHONSO SANDERS, | : | No. 3:25cv234 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| DR. PRINCE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 13th day of November 2025, upon consideration of the Rule 12(b) motion (Doc. 15) to dismiss by defendants Bohinski, Benning, and Conmy, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion (Doc. 15) is **GRANTED** in part and **DENIED** in part, as follows.

2. The motion to dismiss this action as barred by the applicable statute of limitations is **DENIED**.

3. The motion to dismiss is **GRANTED** without prejudice and with leave to amend as to plaintiff's Eighth Amendment claim.

4. On or before November 26, 2025, plaintiff may file a proposed amended complaint. The proposed amended complaint shall contain the same case number that is already assigned to this action, 3:25-cv-234.

5. The proposed amended complaint shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter or any other civil matter. See FED. R. CIV. P. 8(d)(1).

6. Failure to file a proposed amended complaint within the timeframe set forth in paragraph 4 will convert the dismissal of the remaining claim without prejudice to a dismissal with prejudice without the necessity of a further order of court.

7. The action against "Physical Therapist Ron" is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to **TERMINATE** "Physical Therapist Ron" as a defendant in this action.

8. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court