IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALPHONSO SANDERS,  :  No. 3:25cv234

    Plaintiff  :  (Judge Munley)

    v.  :

DR. PRINCE, et al.,  :

    Defendants  :

## ORDER

**AND NOW**, to wit, this 2nd day of January 2026, upon consideration of the Rule 12(b) motion (Doc. 27) to dismiss by defendants Scott Prince and Mark Abel, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The unopposed motion (Doc. 27) to dismiss is **GRANTED**.

2. The claims against Scott Prince and Mark Abel are **DISMISSED** without prejudice to plaintiff's right to pursue appropriate relief through the bankruptcy court.

3. The Clerk of Court is directed to **CLOSE** this case.

4.  Any appeal from this order is **DEEMED** frivolous and not taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**